# CARTER LEDYARD MILBURN

**Madelyn K. White**
Counsel
white@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8614

October 18, 2022

> Application **GRANTED**. Defendant shall answer or otherwise respond to the complaint by **November 17, 2022**. Counsel is reminded that per the Court's Individual Rules, any request for an extension of time shall be made at least two business days prior to the relevant deadline. So Ordered.
>
> Dated: October 18, 2022
>         New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF**

Hon. Lorna Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Brooklyn, NY 10007

Re:     <u>Magnum Photos, Inc. v. Future US, Inc.</u>, Case No. 1:22-cv-7985

Dear Judge Schofield:

On behalf of defendant Future US, Inc., d/b/a Cinema Blend ("Future US"), I write pursuant to Rule I(B)(2) of this Court's individual rules of practice to respectfully request a thirty-day extension, to and including November 17, 2022, to answer or otherwise respond to the Complaint in the above-referenced litigation. Future US's response is currently due October 18. Carter Ledyard & Milburn LLP is in the process of being engaged as local counsel to represent Future US in this matter. The St. Louis law firm Greensfelder, Hemker & Gale, P.C., which is lead defense counsel and will be moving to appear pro hac vice in this case, already has reached out to Plaintiff's counsel to explore settlement. Accordingly, a brief adjournment is requested so that defense counsel may further explore a potential resolution of this matter. This is Future US's first request for an extension of its time to respond.

Plaintiff's counsel has stated that Plaintiff consents to this request. The requested extension will not affect any other scheduled dates.

Accordingly, we respectfully request that the Court grant Future US a thirty-day extension to respond to the Complaint.

Respectfully submitted,

*[signature]*
Madelyn K. White

cc:     Joseph A. Dunne, Esq. (via ECF)
        counsel for Plaintiff Magnum Photos, Inc.