UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MAGNUM PHOTOS, INC., :
                         Plaintiff, :
:         22 Civ 7985 (LGS)
          -against- :
:         <u>ORDER</u>
FUTURE US, INC., :
                       Defendant. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 13, 2022, required the parties to file a proposed case management plan and joint letter by November 23, 2022, at noon.

    WHEREAS, the initial pretrial conference is currently scheduled for November 30, 2022.

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **November 30, 2022**. It is further

    **ORDERED** that the initial pretrial conference is **ADJOURNED** to **December 7, 2022**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749, access code: 558-3333.

Dated: November 28, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**